DON MCCAFFETY
PLAINTIFF PRO SE
16707 waycreek rd.
HOUSTON, TEXAS
77068 / 281-995-7768
trex7271@gmail.com

United States Courts
Southern District of Texas
FILED

OCT 23 2023

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON TEXAS DIVISION

DON MCCAFFETY
PLAINTIFF PRO SE

VS.

KELSEY HANSON
DEFENDANT I ET AL

JODI WATKINS
DEFENDANT II

RANDY PARASILITI
DEFENDANT III

STATE OF TEXAS DEPT. OF TRANSPORTATION
DEFENDANT IV

BRUCE BUGG JR.
DEFENDANT V INDIVIDUALLY

MARC WILLIAMS
INDIVIDUALLY
DEFENDANT VI

JARREDONDO ARREDONDO
DEFENDANT VII

RICK STRAIT / TAS MAN
DEFENDANT VIII

MATTHEW WHITNEY
DEFENDANT IX

SMITH TOWING
DEFENDANT X

TRAVIS KITCHENS JR.
DEFENDANT XI

CASE NO.

COMPLAINT ; 42 USC 1983

VIOLATION OF CIVIL RIGHTS UNDER

COLOR OF LAW

VIOLATION OF 14th. AMENDMENT
CONSPIRACY TO DEFRAUD PLAINTIFF
DUE PROCESS UNDER THE LAW

AMOUNT PRAYED FOR : $50,500,000.00

JURISDICTION

UNITED STATES DISTRICT COURT HAS JURISDICTION OVER THIS CASE, BECAUSE THE PROPERTY IN QUESTION IS AT 12,500 HWY 59 S. SHEPHERD, TEXAS 77371 AND THIS PROPERTY IS IN THE SOUTHERN DISTRICT of TEXAS

Respectfully Submitted

MONDAY Oct-23-23
DATE

Don M[signature]
16707 CWAY CREEK Rd.
HOUSTON, TEXAS
77068
281-995-7768
TREX7271@GMAIL.COM

# CLAIMS FOR RELIEF

## CAUSE I.   $50,500,000.00

### VIOLATION OF CIVIL RIGHTS UNDER COLOR OF LAW

KELSEY HANSON FAILED TO PROPERLY SERVE LAND OWNER DON MCCAFFETY WITH CIVIL PROCESS TO EVEN BEGAIN THIS CASE EXHIBIT I.

## CLAIMS FOR RELIEF
## CAUSE II. CONSPIRACY TO DEFRAUD

TEX DOT APPRASER FILED A FALSE AND MISLEADING APPRASEOR ON DON MCCAFFETY PROPERTY AND NO EMPROVEMENTS AT ALL ON PROPERTY, AND THERE WAS THREE BUILDINGS ON CONCRETE SLABS AND 2 MOBLE HOMES AND A 20 FOOT LITE POLE WITH BREAKER BOX 200AMP SERVICE WITH RISER, AND A 300-FOOT WATER WELL, AND A 18,000 LB MEDAL SNOW CONE STAND AND A TREX 7271 AA WHEEL LOADER THAT IS 35 FEET LONG AND 80,000 LB. BUT TEX DOT APPRAZER MATTHEW WHITNEY FILED

l.

FALSE AND MISLEADING APPRASAL THAT THERE WAS 0 IMPROVEMENTS AND 0 IDEMS OR PERSONAL PROPERTY TO BE RELOCATED

LAND OWNER DON MCCAFFETY PLAINTIFF PROSE TOLD KELSEY HANSON SEVERAL TIMES THAT THE APPRAZER FOR TEX DOT WAS TO LAZY TO GET OUT OF THE CAR AND LOOK BEYOND THE TREES AND OVERGROWN BRUSHES TO GET A REAL AND COMPLETE PICTURE OF THE IMPROVEMENTS AND PERSONAL PROPERTY OF THE LAND OWNER DON MCCAFFETY PLAINTIFF PROSE, BUT KELSEY HANSON REFUSED TO A RE APPRASEL OF DON MCCAFFETY PLAINTIFF PROSE LAND AND IMPROVEMENTS, AND PERSONAL PROPERTY 0 IMPROVEME ACCORDING TO MATTHEW WHITNEY.

2.

CLAIMS FOR RELIEF

COPY

## SECOND CLAIM FOR RELIEF
### CONSPIRACY TO DEFRAUD

WHAT DOES TAKEING AND DEPRIVING AN OLD DISABLED GRANDFATHER FROM KEEPING HIS DEAD GRAND SON FAVET PLACE TO PLAY IN AN OLD TREX 7271 AA WHEELLOADER THAT THIS DISABLED GRANDFATHER HAS KEEP FOR MORE THE 30 YEARS AND 20+ YEARS SINCE HIS FAVORET GRANDSON PLAYED ON SENCE HIS DEATH 4-23-05 FROM A DRUNK AND DRUGED DRIVER HAVE TO DO WITH EXPANDING HWY 59 TO INTERSTATE 69, MY GUESS IS ONLY TEX DOT AND TEX DOT REPERSENTIVES ARE TRYING TO MAKE A EXAMPLE OUT OF DON MCCAFFETY FOR ANY ONE ELSE THAT DISAGREES WITH TEX DOT APPRASAL AND OFFER AND PAY REDICULAS $6,000.00 PAYMENT FOR THEIR PROPERTY TEX DOT IT IS TIME THIS JURY

COPY

MAKES AN EXAMPLE OUT OF TEX DOT AND LETS TEX DOT KNOW THAT THIS IS YOUR PROPERTY, AND TEX DOT NEEDS TO FOLLOW THE LAWS OF STATE OF TEXAS AND PAY ADEQUET COMPENSATION FOR THE LAND OWNERS LAND AND PERSONAL PROPERTY AND ORDER TEX DOT TO PAY DON MCCAFFETY $50,500,000.00 FOR ALL THE MALIOUS AND UNNESSARY MENTAL TORTURE AND MENTAL ANGUISH FOR MORE ALMOST 2 YEAR BY FILEING FALUSE AND MISLEADING INFORMATION WITH THE COURT IN ALEDGE CONSPIRACY TO STEAL THE PROPERTY OF DON MCCAFFETY AND DON MCCAFFETY PERSONAL PROPERTY WITHOUT DUE PROCESS AND FAIRNESS AND EVEN NO CIVIL PROCESS SERVED

COPY

MARC WILLIAMS 1400 CASSIOPEIA WAY AUSTIN, TEXAS 78732 HAD BEEN ASKED SEVERAL TIMES TO INTERVENE WITH KELSEY HANSON BY PLAINTIFF PRO SE DON MCCAFFERY ABOUT NO PROPER CIVIL PROCESS SERVED ON DON MCCAFFERY.

AFTER CLINT HARBOUR 5801 TRAVIS GREEN LN. AUSTIN, TEXAS 78735

TOOK OVER FOR KELSEY HANSON HE FAILED TO ADDRESS PLAINTIFF PRO SE DON MCCAFFERY OBJECTION ON FILE WITH THE COURT AND COUNTER CLAIMS TIMELY FILED AND INJUNCTION FILED WITH THE COURT.

5.

COPY

NOW THAT TEX DOT HAS HIRED TAS MAN TO DEMOLISH ALL THREE BUILDING ON CONCRETE SLABS AND TWO MOBILE HOMES AND LOADED ALL PERSONAL PROPERTY IN APPROX. 8 TO 10 30 YARD DUMPSTERS AND DISPOSE OF THE 18,000 LB SNOW CONE STAND, AND THE TREX 7271 AH WHEEL LOADER THEIR IS DOCUMENTED PROOF OF THE TEX DOT CONSPIRE OF KELSEY HANSON AND JODIE WATKINS,

TO FALSIFY AND FILE FALSE AND MISLEADING EVEDINCE TO THE COURT AND CONDEMNATION HEARING TO DEFRAUD LAND OWNER DON MCAFEE PLAINTIFF PRO SE OUT OF HIS LAND AND PERSONAL PROPERTY WITHOUT

COPY

RELOCATION FEES PAID BY THE CORUPT AND UNETHAL TEX DOT CREMAL ENTERPRISES THAT DESTROYS FAMILY LAND AND LIVES TO LINE THERE OWN POCKETS BY UNDER APPRASEING LAND OWNERS PROPERTY AND PERSONAL PROPERTY TO BE RELOCATED.

BRUCE BUGG, JR, IS IN CHARGE OF A CORUPT AND UNELHAL TEX DOT AND NEED TO BE REPLACED OR CLEAN HIS HOUSE OUT, TEX DOT JOB IS TO EXPAND HWYS NOT DESTORY FAMILYS AND LIVES, PAY ADIQUTTE COMPENSATION FOR LAND AND PROPERTY WHEN A LAND OWNER MUST GIVE UP HIS LAND FOR PROGRESS. BRUCE BUGG JR 410 ELIZABETH RD. SAN ANTONIO TEX 587.09 HAS LET THE TEX DOT

COPY

REPRESENTATIVES SUCH AS KELSEY HANSON 224 SHIRLEY DR BUDA, TEXAS 77610 RUN AMOCK WITH TEX DOT ALLOWING FALSE PERJURED EVIDENCE AT CONDEMNATION HEARING BY TEX DOT APPRAISAL MATHEW WITNEY 2040 N, LOOP 336 WEST SUITE 305 CONROE TEXAS 77304 WHEN HE TESTIFIED ONLY TREES ON PLAINTIFF PROSE DON MCCAFFETY PROPERTY. AND JODI WATKINS 1297 FM 249 ATLANTA, TEXAS 75551 WHEN SHE REFUSED TO COMPERMISE AT ALL AND REFUSED TO CHECK TO EVEN SEE IF DON MCCAFFETY PROSE PLAINTIFF HAD BEEN SERVED CIVIL PROCESS AND

8.

AND RANDY PARASILITI LIED SEVERAL TIMES ABOUT RELOCATION FEES AND FRONT MONEY NEEDED TO MOVE HEAVY EQT. ON PROPERTY.

RANDY PARASILITI 3810 TERESA COVE LN. KATY, TEXAS 77449 TOLD PLAINTIFF SEVERAL TIMES DON MCCAFFETY COULD RELOCATE HIS OWN PERSONAL PROPERTY. BUT LATER REFUSED ANY FRONT MONEY TO MOVE HEAVY EQT ON PROPERTY.

JARREDONDO ARREDONDO 2485 ARCTIC WARBLER NEW BRAUNFELS, TEXAS 78130 OR THIS MAN LIED TO DON MCCAFFETY THE FIRST TIME THEY MEET ON DON MCCAFFETY'S

9.

COPY PROPERTY WHEN HE TOLD DON MCCAFFETY THAT HE WOULD MOVE DONS BIG TRACTOR AND MEDAL BOX WITH EXIVADE WHEN HE GOT TIME, THAT DON DID NOT NEED TO CALL SOMEONE TO MOVE THEM.

AND WHEN JOB ALMOST COMPLETED JARREDONDO TOLD DON HE WAS GOING TO GIVE THE BIG TRACTOR AND MEDAL SNOW CONE BOX AWAY TO ANYONE THAT COULD REMOVE THEM FROM THE PROPERTY I TOLD HIM TO CALL HIS BOSS RICK STRAIT TO SEE IF I COULD HAVE 5 DAYS ONLY TO GET MY EQT. MOVED, BUT RICK STRAIT 105 RIDING RUN SAN MARCOS, TEXAS

10.

COPY

78666 REFUSED TO GIVE ANY TIME, SO I LOST MY TERX2271 AA WHEEL LOADER, I HAD FOR 30 YEARS, BUT I SAY RA SAY RA. AND JUDGE TRAVIS KITCHENS IGNORED DON MCCAFFETY OBJECTION, AND COUNTER CLAIM, AND MOTION FOR INJUNTION TO PERSERVE MY 3 BUILDINGS TRACTOR, MEDAL BOX, 2 MOBEL HOMES, LIT POLE AND MANY MANY FLEAMARKET ITEMS. SO TEX DOT DEMOLISHED AND HAULED AWAY EVERTHING I HAD FOR 20 YEAR SAVED TO OPEN A FLEAMARKET. ON MY PROPERTY.

11.

COPY

SMITH TOWING VIOLATED PLAINTIFF CIVIL RIGHT UNDER COLOR OF LAW WHEN SMITH TOWING BREACH THEIR ORAL CONTRACT TO MOVE PLAINTIFFS 18,000LB. MEDAL SNOW CONE STAND 250ft. ON PLAINTIFF SAME PROPERTY. CONSPIRACY TO DEFRAUD PLAINTIFF ARISE PROPERTY SMITH TOWING RENEGED ON ORAL CONTRACT TO MOVE PLAINTIFF 18,000LB MEDAL SNOW CONE STAND BY TELLING SMITH TOWING COULD NOT PICK UP THE 18,000LB MEDAL SNOW CONE STAND BECAUSE IT WAS TOO HEAVY, AND THE NEXT DAY SMITH TOWING NOT ONLY PICKED UP THE 18,000LB MEDAL SNOW CONE STAND, BUT PICKED IT UP AND HAULED IT OFF OF THE

12.

COPY

PROPERTY FOR HIS SELF OR A THIRD PARTY, AFTER PLAINTIFF PRO SE HAD LOST THE 18,000 LB MEDAL SNOW CONE STAND BECAUSE SMITH TOWING DID NOT PICK IT UP A MOVE IT ONLY 250 FEET ON THE SAME PROPERTY BEFORE THE PLAINTIFF DEAD LINE TO MOVE ONLY 250 FEET ON SAME PROPERTY SO PLAINTIFF PRO SE FORFEITED THE 18,000 LB MEDAL SNOW CONE STAND, VIOLATING TEXAS DECEPTIVE PRACTICES ACT AND ARE LIABLE FOR DAMAGES CAUSED BY SMITH TOWING BREACH OF ORAL CONTRACT, AND MY LOSSES.

15.

NOW THAT TEX DOT HAS DESTROYED ALL MY FLEA MARKET IDEAS, I NEED TO FIND A DIFFERENT WAY TO RETIRE.

WHEN I WAS A YOUNG MAN, I WORKED AT WILLIAM H. POSY FUNERAL HOME, AND I ALLWAYS WANTED TO OPEN MY OWN FUNERAL HOME AND CREMATORIUM AND PET CEMETERY IN THE BACK OF MY PROPERTY THAT TEX DOT DID NOT DISTROY, SO WITH MY NEW PLAN, I THINK I WILL SERVIVE ARGUITLY AFTER RETIREMENT, NO PENSION TO SPEAK OF AND NO 401K

MONDAY OCT 23-23    14    RESPECTFULLY

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests the following relief: *$50,500,000.00*

-A money award judgment entered against Defendants for *$500,000.00 FOR LOSES AND RELATED LOSES AND $50,000,000.00 FOR PUNITIVE, EXEMPLARY DAMAGES THAT EVEN JUDGES ARE NOT ABOVE THE LAW*

-A money award for Plaintiff's costs and disbursements associated with bringing this action.

-Any and all other relief the Court deems just and reasonable under the circumstances.

Respectfully submitted on: *MONDAY Oct, 23-23*

By: *Don McCaffety*

*DON MCCAFFETY PLAINTIFF BROS.*
*16707 WAY CREEK Rd.*
*HOUSTON, TEXAS*
*77068*
*281-995-7768*
*TREX7271@GMAIL.COM*

JURY DEMAND
PLAINTIFF PRO SE DON
MCCAFFETY DEMAND
A TRIAL BY JURY

RESPECTFULLY
SUBMITTED

_[signature]_

MONDAY Oct. 23-23
DATE

16707 WAY CREEK E
HOUSTON, TEXAS
77068