United States District Court
Southern District of Texas
**ENTERED**
March 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DON McCAFFETY, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-23-4019 |
| | § | |
| KELSEY HANSON, et al., | § | |
| | § | |
| Defendants. | § | |

## DISMISSAL ORDER

For the reason set out in the court's March 13, 2024 memorandum and opinion, this case is dismissed without prejudice.

SIGNED on March 13, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge